IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SHANETTE JENKINS-PARKS,<br><br>    Plaintiff,<br><br>v.<br><br>ONEMAIN FINANCIAL,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   No. 2:25-cv-02202-SHL-tmp<br>)<br>)<br>)<br>) |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND
GRANTING PLAINTIFF LEAVE TO AMEND COMPLAINT**

Before the Court is Chief Magistrate Judge Tu Pham's Report and Recommendation ("R&R") on pro se Plaintiff Shanette Jenkins-Parks' Complaint, filed July 11, 2025. (ECF No. 8.)

After Jenkins-Parks filed her Complaint in which she charged Defendant OneMain Financial with violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 et seq. (ECF No. 2), Judge Pham granted Jenkins-Parks leave to proceed in forma pauperis (ECF No. 7). Because Jenkins-Parks is proceeding in forma pauperis, the Court screened the Complaint under 28 U.S.C. § 1915(e)(2). (See ECF No. 8 at PageID 13.) In the R&R, the Court concluded that Jenkins-Parks failed to state a plausible claim and recommends that she be given leave to amend her complaint in lieu of dismissal. (Id.)

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for dismissal of a complaint for failure to state a claim. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1). A district court

reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects; the rest are reviewed for clear error. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). The parties' deadline to object to the R&R was July 25, and no objections were filed.

As the R&R explains, Jenkins-Parks alleges that OneMain Financial violated § 1681s-2(b) "by failing to conduct a reasonable investigation into disputed information." (ECF No. 8 at PageID 16.) According to Jenkins-Parks, she reviewed her Experian credit report, discovered that OneMain Financial furnished inaccurate information regarding an alleged account, and disputed the account with OneMain Financial and Experian separately. (Id. at PageID 14 (citing ECF No. 2 at PageID 2).) As the R&R states, Jenkins-Parks alleges that OneMain Financial "failed to conduct a reasonable investigation and continued reporting false or misleading information," resulting in her suffering "credit damage, emotional distress, and economic harm, including difficulty securing credit." (Id. (citing ECF No. 2 at PageID 3).)

However, the R&R concludes that Jenkins-Parks has not met her burden of filing a complaint with enough factual allegations to state a plausible claim under the Fair Credit Reporting Act. To plausibly state a § 1681s-2(b) claim, a plaintiff must allege that "they disputed an inaccuracy with a consumer reporting agency [here, Experian], that the consumer reporting agency then notified the furnisher of that dispute [here, OneMain Financial], and that the furnisher then violated a statutory duty under § 1681s-2(b)(1)(A)-(E)." (Id. at PageID 17.) The R&R finds that Jenkins-Parks has not alleged specific facts relating to how the disputed information was inaccurate or if Experian notified OneMain Financial of the dispute, which would have triggered its duty to investigate. (Id. at PageID 17–19.) Nevertheless, because Jenkins-Parks has alleged "at least some elements of a § 1681s-2(b) claim," the R&R recommends that Jenkins-Parks be given leave to amend her complaint. (Id. at PageID 19.)

Upon review, the R&R includes no clear errors.  Therefore, the Court **ADOPTS** the R&R.  Jenkins-Parks is hereby **ORDERED** to amend her complaint and file it on the docket within thirty days of the entry of this Order (by **Thursday, August 28, 2025**).  Failure to amend may result in dismissal of this matter for failure to state a claim.

**IT IS SO ORDERED,** this 29th day of July, 2025.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE