# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SHANETTE JENKINS-PARKS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 2:25-cv-02202-SHL-tmp |
| ) | |
| ONEMAIN FINANCIAL, ) | |
|     Defendant. ) | |

# JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on pro se Plaintiff's Complaint (ECF No. 2), filed February 24, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Voluntary Dismissal Without Prejudice (ECF No. 12), filed October 3, 2025, all claims by Plaintiff against Defendant are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 3, 2025
Date